IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TAILORED FOAM, INCORPORATED,<br>a North Carolina corporation,<br><br>and<br><br>TAILORED CHEMICAL PRODUCTS, INC.,<br>a North Carolina corporation,<br><br>Plaintiffs,<br>vs.<br><br>CORE FOAM, INC.,<br>a Tennessee corporation,<br><br>Defendant. | Civil Action No.3:04CV529<br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** comes before the Court on the joint motion of the parties to extend the deadline for conducting mediation and filing an ADR Report. It appearing to the Court that there are good grounds for granting the requested relief, the Motion is hereby GRANTED. The deadline for conducting the mediation and filing an ADR Report is hereby extended to **Friday, April 14, 2006.**

**IT IS SO ORDERED.**

Signed: February 16, 2006

David C. Keesler
United States Magistrate Judge