# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| TAILORED FOAM, INCORPORATED, <br> a North Carolina corporation, <br><br> and <br><br> TAILORED CHEMICAL PRODUCTS, INC., <br> a North Carolina corporation, <br><br> Plaintiffs, <br> vs. <br><br> CORE FOAM, INC., <br> a Tennessee corporation, <br><br> Defendant. | Civil Action No. 3:04CV529 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

PURSUANT TO F.R.C.P. 41(a) it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all the parties who have appeared in the above-entitled action, that the claims of Plaintiff are dismissed with prejudice in their entirety. Each party shall bear their own costs and attorneys' fees.

STIPULATED AND AGREED TO:

                                       s/ J. Scott Evans
                                       J. Scott Evans
                                       Attorney for Plaintiff
                                       North Carolina Bar Number 22,714
                                       j.scott.evans@adamspat.com

                                       s/ Lawrence J. Goldman
                                       Lawrence J. Goldman
                                       Attorney for Defendant
                                       North Carolina Bar Number 19,025
                                       lgoldman@jhandw.com

This the 5th January, 2007

ENTERED:

This the ___1st___ day of ___March___, 2007.

_____
The Honorable David C. Keesler
UNITED STATES MAGISTRATE JUDGE


OF COUNSEL:

J. Scott Evans
(N.C. Bar Number 22,714)
**ADAMS EVANS P.A.**
2180 Two Wachovia Center
301 S. Tryon St.
Charlotte, NC 28282
Tel: (704) 375-9249
Fax: (704) 375-0729
Email: litigation@adamspat.com